IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN ALEXANDER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CAROLINA LUMBER & SUPPLY CO.<br><br>Defendant. | Civil Action No.<br>1:22-cv-00741-AT |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Stephen Alexander and Defendant Carolina Lumber & Supply Co., by and through their undersigned counsel of record, hereby stipulate to the DISMISSAL WITH PREJUDICE of all claims in the above-captioned civil action, with the parties to bear their own attorney's fees and costs.

Respectfully submitted this 15th day of April, 2022.

| | |
|---|---|
| *s/Courtney Harness*<br>Courtney Harness<br>Mo. Bar No. 56923<br>Josh Sanford<br>Arkansas Bar No. 2001037 | *s/ William D. Deveney*<br>William D. Deveney<br>Georgia Bar No. 219744<br>Douglas H. Duerr<br>Georgia Bar No. 231772 |

| | |
|---|---|
| SANFORD LAW FIRM, PLLC<br>Kirkpatrick Plaza<br>10800 Financial Centre Parkway, Suite 510<br>Little Rock, Arkansas  72211<br>(501) 221-0088<br>(888) 787-2040 (facsimile)<br>harness@sanfordlawfirm.com<br>josh@sanfordlawfirm.com<br><br>*Admitted Pro Hac Vice*<br><br>Matthew W. Herrington<br>DELONG, CALDWELL, BRIDGERS, FITZPATRICK & BENJAMIN, LLC<br>101 Marietta Street, Suite 2650<br>Atlanta, Georgia  30303<br>(404) 979-3150<br>matthew.herrington@dcbflegal.com<br><br>*Attorneys for Plaintiff* | ELARBEE, THOMPSON, SAPP & WILSON, LLP<br>800 International Tower<br>229 Peachtree Street, N.E.<br>Atlanta, Georgia 30303<br>(404) 659-6700 (Telephone)<br>(404) 222-9718 (Facsimile)<br>deveney@elarbeethompson.com<br>duerr@elarbeethompson.com<br><br>*Attorneys for Defendant* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| STEPHEN ALEXANDER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>v.<br><br>CAROLINA LUMBER & SUPPLY CO.<br><br>    Defendant. | Civil Action No.<br>1:22-cv-00741-AT |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 15, 2022, I electronically filed the **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the following attorneys of record:

Courtney Harness
harness@sanfordlawfirm.com

Josh Sanford
josh@sanfordlawfirm.com

Matthew W Herrington
Matthew.herrington@dcbflegal.com

                                  *s/ William D. Deveney*
                                  William D. Deveney
                                  Georgia Bar No. 219744

ELARBEE, THOMPSON, SAPP & WILSON, LLP
800 International Tower
229 Peachtree Street, N.E.
Atlanta, Georgia  30303
(404) 659-6700
(404) 222-9718 (Facsimile)
deveney@elarbeethompson.com

*Attorney for Defendant*